hearing a motion for summary judgment even though it was never denominated or called a motion for summary judgment and there's no discovery and there's no discovery yet done because this was done early in the right after the pleading stage right after the initial status conference and we had the judge making findings of fact where there were questions of material fact in fact I can note a couple questions of material fact the most compelling question of fact is what was officer Bergman doing if you note in the transcript on page 16 at the oral argument counsel for the city of Gilroy stated as follows he says officer Bergman as you recognize is to invite the plaintiffs to go from point A to point B and the court said invite and then the counsel says well we don't know the evidence is not clear as to whether there was a refusal whether she directed them or whether she merely asked them if they would return with her to the gate we don't know that did you ever say to the judge stop I need we need to treat this as a motion for summary judgment and I'd like to offer some counter declarations or I need to do some jurisdictional discovery just some limited discovery on these jurisdictional facts that's an excellent point justice Paez I didn't say anything since I wasn't there I didn't represent the appellates at the trial level let me ask you what would you do if you had the opportunity to do so I would take depositions I would take depositions of our officer Bergman but more importantly sergeant Clunt because there's an issue of practice to sergeant Clunt he says he was merely acting as a private citizen with all due respect that's just as I said in my brief exalting forum over substance he was a sergeant acting in a dual capacity both as a sergeant of the Gilroy City Police Department and as the head of the security at the garlic at the garlic festival the judge actually called this order an order on a motion to dismiss right he didn't purport to be doing summary judgment I understand that and that's and that was the issue that I addressed with you and that was one of the things that we would bring up today because there are actually a lot of things we don't know we don't know we don't know he says he wasn't getting paid for the time but we don't know whether he was on salary or getting paid by the hour anyway we don't know what there's lots of things he was wearing his uniform if you look at his declaration he's silent as to whether or not he's even wearing his uniform what is he saying did it say security garlic festival security or is he wearing his actual uniform officer Bergman it's admitted that she was wearing full uniform with a gun and a baton and everything else so there are facts that are unclear and I would agree with justice plays that if I had been representing the appellants at the trial level I would have said well wait a minute this is really a motion for summary judgment it's not a motion to dismiss because you're bringing an outside evidence now we could presumably review it as a motion to dismiss leaving out all the extrinsic evidence then you would just base it on the allegations of the complaint and you'd have to accept everything is true and of course you'd have to reverse the decision of the court because the allegations are there and there's an admission by the city of Gilroy that officer Bergman was number one acting in her official capacity she was acting with pursuant to the custom policy and practices of the city of Gilroy and she was acting under color of state law all three of those allegations were expressly admitted by the city of Gilroy in their answer. Well if they admitted that she was acting under color of state law then what's the problem here? I'm sorry what? If they admitted that she was acting under color of state law you mean just in general but not with regard to this particular policy? There were allegations made in the complaint paragraphs 8 and 10 it says officer Bergman was acting in her official capacities as a police officer with the city of Gilroy she was acting pursuant to the policy custom of practice of the city of Gilroy and she was acting under color of state law the city of Gilroy in their answer expressly admitted all three of those allegations. Well if that's true why don't you win? I wasn't there your honor. Yeah but now why don't you win? Well I think that's in and of itself presents a compelling reason why this case needs to be reversed and amended just on that basis alone. If I may just refocus the court on one part I think the case against the city of Gilroy at this point at the pleading stage basically for subject matter jurisdiction we're not talking about the merits of the case the merits of the case is that the city of Gilroy the merits of the case is not relevant here on this on this issue on the issue that's before this court. It's whether or not the court could make the findings of facts and findings of law that it did based upon the evidence that was presented. I would note that what is the standard here? Normally when a court makes findings of fact you're to give that deference and unless there's a clear error you're to uphold that but it's quite clear in this circuit as well as every other circuit mixed questions of law and fact that implicate constitutional rights constitutional rights are reviewed de novo this case this court held that in 2002 in Valeria vs. Davis so this is really a case in which the judge did make kind of mixed rulings of law and fact because to be able to decide he made a decision that officer Bergman was just a passive bystander. Now I'm going to suggest to you that the evidence you would even overturn that on a clear error standard because she was certainly more than just a passive bystander. She had a gun, she had a uniform, she had a baton, she had handcuffs, she had the full regalia of a police officer and she was directing them to the front gate. I mean this was not just an active bystander. But now I take it to be the case, I don't have the excerpts of record with me, but the defendant in moving to dismiss did not cite which portion of Rule 6 he sought to invoke. I agree. He didn't even cite Rule 12. He made no citation whatsoever. Both motions, and I read it very carefully this morning, both motions are absolutely silent under what rule or under what authority they're making this motion. But the district court did in its opinion say that the motion was to dismiss for lack of federal jurisdiction asserting there is no state action. I agree. I think it's reasonable interpreted that this is a Rule 12 motion. No, but I think what Judge Levy is saying is that the assertion, the motions were motions to dismiss for lack of jurisdiction and the order purported to be an order for lack of jurisdiction. And for those purposes perhaps you could use material outside the record. But this isn't a lack of jurisdiction motion really anyway, is it? Failure of state action is simply goes to the cause of action. Exactly the point, another point I was going to make up. This is an element of our case, state action. Now, what we did was we had a district judge who I'm sure was acting in good faith, was trying to say, well, this case doesn't belong here in the first place. I don't even want to address the issues of the merits of the case because I don't think there's state action. And therefore, if there's no state action, there's no subject matter jurisdiction. Well, he's correct. If there's no state action. But that's an element. That's almost a question of fact. Because there's questions of fact as to whether or not who was doing what, who was what. But it's a Bell v. Hood problem. I mean, you're alleging that there is a cause of action. They're saying there isn't a cause of action. You don't determine that as a jurisdictional matter. You determine it as a cause of action matter. Exactly. And that's why this case needs to be reversed, Your Honors. And this court, the lower court, clearly adjudicated that issue and made findings of fact on a summary basis. And I think that in and of itself should cause some concern because basically our clients are being denied their day in court. I'd also comment two other things. So I think the case against the City of Gilroy is fairly clear. The City against the Garlic Festival is a little bit more nebulous and it takes a little bit more analysis. But I wanted to note a case that's been cited throughout but not really discussed, and that's that Lee v. Katz case. The lower court heavily relied upon this case and basically was using it to address the public property issue. Lee v. Katz, which relied upon the Supreme Court case of Brentwood Academy, held this. You know, there's all these tests, this nebulous test and all these factors and four, seven, four, seven factors you look at. But Lee v. Katz is very clear. It says actually there's one single test that can be utilized and is enough to establish state action. And that is if the private entity is, quote, entwined with the state, end of quote. That test in and of itself is sufficient to establish state action. And that's what Lee v. Katz says. So forget about public policy and all these other factors that you could look at. You could just look at that, whether or not there was a sufficient entwinement. And I would note there are many facts that suggest that. Time's up. Thank you very much, Your Honor. Good morning, Your Honors. If it please the Court, my name is Mark Strom Botany and I am counsel for the City of Gilroy. And what I would like to review briefly is a couple of factual issues that were alleged in the complaint and that bear upon the decision. The first one is the fact that the policy about which the plaintiff's complaint is a private policy enacted by a private nonprofit organization. So there was no involvement of the city in that. Could you go back to the procedural question about where we are? Yes, Your Honor. I'd like to hear your version of that first. Yes. Procedurally, I think it's accurate to say that this was a motion to dismiss for lack of subject matter jurisdiction, for which counsel for the appellant never sought any discovery, for which the Court ---- But why was it a motion to dismiss for lack of subject matter jurisdiction? I'm sorry? In what sense was it a motion to dismiss for lack of subject matter jurisdiction? Well, I would think that the appropriate authority would be Rule 12 and that it was a motion to dismiss based on the allegations of the complaint. For a failure to state a cause of action because there was no state action. But where's the lack of jurisdiction? Where's the subject matter jurisdiction problem? I believe that that would be encompassed within that rule, Your Honor. I don't think so. All right. Well, I look at this as ---- For authority for that, I guess, is my question. I'm sorry? Do you have any case in which a case where there was no cause of action for lack of state action was dismissed for lack of subject matter jurisdiction? I don't have that, Your Honor. But what I think the lower court did is to look at the subject matter jurisdiction of this case based on the allegations of the complaint and as supplemented by the declarations and find that there was none. Go ahead. So what we have is if counsel felt that it was important for some discovery, they could have asked for that. They did not. They waived that request. How is it that the judge invited the motion to dismiss? I believe it was at a status conference earlier in the case, Your Honor. Was it a scheduling conference? Did he schedule a discovery cutoff and went on under Rule 16? Or was it just a sort of meet? I think it was one of the earliest status conferences that the judge invited the motion, and then the motion was calendared and brought. But there is a rule that says that if you're going to convert something to summary judgment, are you saying that this was summary judgment or it was something else? What was it? I can't say exactly, Your Honor. It has to be something. We have federal rules, and it has to be A, B, or C. What is it? I would say under Rule 12. Well, under Rule 12, then you can't look at matters outside the record if it's not in Rule 12. All right. Outside the pleadings, I'm sorry. All right. And if that's the basis for the decision, then looking solely at the allegations in the complaint and construing them in the manner most favorable to the plaintiff, we believe that the results should still be the same. And that is that as alleged by the appellants, the only involvement of the city in this whole matter was a uniformed officer asked the top hatters to return to the main gate. End of involvement by the city. Well, actually, that isn't what's alleged in the complaint. What was alleged in the complaint is that she ordered them to remove their vest or leave the festival. That may not be so, but that's what's alleged in the complaint.  Well, I believe, Your Honor, that the court considered the declarations as well. All right. But now you're changing gears. That's what I'm trying to find out where we are. All right. I have no better answer for that, Your Honor. So what I can only repeat is what the court considered. And I think based on what the court considered, that it was a proper finding that there were not sufficient facts that would allow a finding of state action for the reason that the officer here was in no greater capacity of involvement than those found in the case. What about the fact that there was an admission that she operated under color of state law? That, Your Honor, was in the context of a general statement of fact, that the officer was acting in accordance with the laws, and that the other portions of the denial of the answer. Frank, all times mentioned in this complaint, defendants Feebergman were acting under color of state law. That doesn't – and then the complaint goes on and says that she did these various things. And you've admitted it. Right. But what that was intended to admit is a matter of general acting under the laws of the state, Your Honor. When taken in context with the denials in paragraphs 11, 14, 15, 16, and 17, established that the city was not admitting that there was state action in this matter, but only insofar as a general acting under proper authority and law. I think – excuse me. Yes, Your Honor. I take it that it's accurate that in moving to dismiss, the city or the other defendants did not identify a rule under which they were moving. I found none in the papers. And then the district court, in its disposition, said the usual thing on a motion to dismiss for failure to state a claim, that you construe this complaint favorable to the plaintiff and take everything that it says as true. Yes. Right? Yes. And then somehow or another, the city took it upon – and the other defendants took it upon themselves to file affidavits in support of this motion that is neither fish nor fowl so far, right? Yes. And to this day, we don't know whether it's a Rule 12b-6 or a 12b-1 or a motion for summary judgment. Right, Your Honor. I cannot specify here. And it's perfectly clear, according to our case law, is it not, that if a district judge receives a motion to dismiss under 12 and decides to convert it into a motion for summary judgment, he has to tell or she has to tell the parties directly, I'm making this Rule 12 motion a motion for summary judgment. Now you file your affidavits. Now you do everything. But this plaintiff was never told that. True? That's correct, Your Honor. And that has to be wrong, does it not? Well, if the counsel – if declarations were submitted by the moving parties as they were, then counsel for the appellant would have the opportunity to present their own declarations, which they chose not to. They would if they knew which rule they had to fend off. Now if they're worried about whether or not they state a claim, they're home free with their complaint or not. If they're worried about jurisdiction, that's another issue. If they're worried about summary judgment with all of its ramifications, that's a totally different ballgame. Now somebody's entitled to know, and I would think that the lawyers by now in this case would know where we are because the rest of us don't. Yes, Your Honor. These matters were not raised in any of the papers, nor were they raised at the trial court level. So all I can suggest, Your Honor, is that either the Rule 12 or the Rule 56 motion would be the appropriate grounds to look at this, even though it was not clear at the trial level. But it obviously makes a big difference because if we look at it as a Rule 12 and we just looked at the complaint, and you, for example, just told me that Officer Bergman only escorted him to the gate, but the complaint says otherwise. I understand. So it makes a difference. I need to defer to my co-counsel so that I don't use up all the time, Your Honor. Good morning, Your Honors. May it please the Court, Greg Simonian on behalf of the Gilroy Garlic Festival Association. If I could address the issue, it seems to me that what the Court invited was a Rule 12b-1 motion to address the jurisdictional issue. Now what is the jurisdictional issue? It's a motion to challenge the subject matter jurisdiction. Well, what is it? In what respect is this a motion regarding subject matter jurisdiction? Because the complaint on its face fails to allege sufficiently state action. And why is state action a matter of jurisdiction? State action is, as I understand the law, a jurisdictional question. Do you have any case law that says that? It seems to me it's simply part of stating a cause of action. You're suing somebody for acting under color of state law. Well, they either did or didn't act under color of state law, but it's not jurisdictional. Well, it seems to me that what the Court wanted and what the Court did was to handle this by way of a facial attack on the pleadings under Rule 12b-1. Well, that's only true if you say that. Did he say that? He did not. I didn't think he would. And so at that point, when looking at the pleadings, and what he says in the opinion below is that I have to construe the facts most favorably towards the plaintiff in the case, which is what he does. He doesn't. He then uses this material outside the record. For example, that Officer Bergman only took him to the gate and did not herself tell him to leave, to remove the vest. I didn't understand. He didn't actually do that because, for example, he proceeded on the premise that Officer Bergman only escorted these people to the gate and did not herself ask him to remove the vest, even though the complaint says otherwise. The complaint does say that. And I would note that in the appellant's opening brief, they do adopt the fact that we allege from Mr. Clute's declaration that, in fact, it was Mr. Clute who asked them to leave. I think that even if you accept that fact is true, though, in the complaint, that there is no state action. I see that my time has run. Yes. Thank you. Thank you. Thank you. The matter will stand submitted. Let's see. Next case is Kalimlan v. Ashcroft. Mr. Lazaro, I believe. Good morning, Your Honor. May peace be with you. My name is Johnson Lazaro. I'm here for the petitioner. Lazaro, for the petition. Yes. Your Honor, Mr. Kalimlan was a Filipino. He came to the United States, and sometime in 1996, he filed for political asylum. The basis of his claim was that he fears persecution upon being returned to the Philippines, persecution by a group of communist rebels that has caused chaos within the country. This communist rebel is the New People's Army. And he, because of his past association with this communist rebel, and because of what they view as his...
judges: Leavy, Paez, Berzon